# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: RODNEY SHEPHERD, ESQUIRE,  ) Misc. No. 22-00205 TPA
             )
    Debtor.      ) Proceedings Under Chapter 7
             )
RODNEY SHEPHERD, ESQUIRE,  ) Docket No. 13
             ) Related to Docket No. 11, 12
             )
             )
    vs.       )
             ) Hearing Date & Time: 4/20/2022 at 2:00 p.m.
  NO RESPONDENTS.    )

## ORDER OF COURT

   AND NOW, to-wit, this _____ day of _____, 2022, upon

Motion of Rodney D. Shepherd, it is hereby ORDERED, ADJUDGED and DECREED that

Joseph E. Cotterman is admitted pro hac vice in the above-captioned matter.


       By the Court,


       _____
       Thomas P. Agresti
       United Stated Bankruptcy Judge