# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IN RE: ATTORNEY RODNEY D. SHEPHERD, | ) Miscellaneous No. 22-00205 TPA |
| Debtor. | ) |
| | ) Proceedings Under Chapter 7 |
| | ) |
| IN RE: ATTORNEY RODNEY D. SHEPHERD, | ) Docket No. 15 |
| | ) Related to Docket No. 9 |
| Movant. | ) |
| | ) Hearing Date & Time: 4/20/2022 at 2:00 p.m. |
| vs. | ) |
| | ) |
| NO RESPONDENTS. | ) |

## REPORT

Attached please find the Fresh Start Funding Agreement in the above-captioned matter.

Date: 4/13/2022

Respectfully submitted,

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esq.
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670